ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES ALLIGOOD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAURUS INTERNATIONAL MANUFACTURING, INC., a Florida corporation; and FORJAS TAURUS, S.A., a Brazil corporation,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CV 306-003 |

**O R D E R**

On October 23, 2009, the parties to this case filed a "Stipulation of Dismissal." In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiff's claims against the remaining Defendants are **DISMISSED WITH PREJUDICE.** The Clerk is directed to **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of Nov., 2009.

_____
UNITED STATES DISTRICT JUDGE